## SEELIG v. UNITED STATES.

No. 841, Misc.   Decided June 18, 1962.

Petitioner *pro se.*

*Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for the United States.

PER CURIAM.

In accordance with the suggestion of the Solicitor General and upon consideration of the entire record, the motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for reconsideration in the light of *Ellis* v. *United States,* 356 U. S. 674, and *Coppedge* v. *United States,* 369 U. S. 438.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.